IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CARMEN L. SMITH, | : | Civil Action No. 4:09-CV-91 |
| Plaintiff, | : | |
| vs. | : | |
| RAUSCH, STURM, ISRAEL & HORNIK, S.C.,P.C., | : | DISMISSAL WITH PREJUDICE |
| Defendant. | : | |

Plaintiff Carmen L. Smith, by her attorney Ray Johnson, hereby dismisses her claim in the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties.

Respectfully submitted this 29th day of May, 2009.

_____
Ray Johnson
AT004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served upon Plaintiff by mailing the same in an envelope addressed to Plaintiff's attorney at the address shown in the pleadings on the 29th day of May, 2009.

_____